IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jane Doe, | ) |
| | ) |
| Plaintiff(s) | ) |
| v. | ) Civil Action No. 3:25-cv-181-SLH |
| | ) |
| Cambria Heights School District, et al., | ) |
| | ) |
| Defendant(s) | ) |

## REPORT OF NEUTRAL

A __Mediation__ session was held in the above captioned matter on January 14, 2026.

The case (please check one):
     __X__ has resolved
     ____ has resolved in part (see below)
     ____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within ____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

Dated: __1-15-2026__

/s/ David B. White
Signature of Neutral

Rev. 09/11